IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

HERBERT WAYNE SMITH and
KIMBERLY SMITH                                                                                    PLAINTIFFS

v.                                                 Civil No. 1:19-cv-1031

TRW AUTOMOTIVE US, LLC;
TRW VEHICLE SAFETY SYSTEMS, INC.;
CHRYSLER MOTORS, LLC; and FCA US LLC                                          DEFENDANTS

**ORDER**

  Plaintiffs and Separate Defendant FCA US LLC have filed a Joint Motion to Dismiss (ECF No. 43) notifying the Court that they have entered into a settlement agreement that resolves all claims against FCA US LLC.  Upon consideration, the Court finds that the Joint Motion to Dismiss (ECF No. 43) should be and hereby is **GRANTED**.  All claims against FCA US LLC are **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement.  Each party shall bear its own costs.  **IT IS ORDERED** that if any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Order.

  The court retains jurisdiction to vacate this order upon cause shown that the settlement has not been completed and further litigation is necessary.

  **IT IS SO ORDERED**, this 3rd day of August, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge